# SIXTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 6D2023-3529
Lower Tribunal Nos. 1995-CF-000446-A-O and 1995-CF-001373-A-O

_____

BILLY BELEFONTE BRADY, JR.,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

Appeal pursuant to Fla. R. App. P. 9.141(b)(2) from the Circuit Court for Orange County.
Luis F. Calderon, Judge.

July 17, 2026

PER CURIAM.

AFFIRMED.  *See McArthur v. State*, 313 So. 3d 244, 245 (Fla. 1st DCA 2021) (holding that Appellant's fifty-year sentence was not a life sentence or functional equivalent of a life sentence).

TRAVER, C.J., and NARDELLA and SMITH, JJ., concur.


Michael Ufferman, of Michael Ufferman Law Firm, P.A., Tallahassee, for Appellant.

James Uthmeier, Attorney General, Tallahassee, and Deborah A. Chance, Assistant Attorney General, Daytona Beach, for Appellee.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED